Wilhelmina Bowles, administratrix of the estate of Edmund J. Bowles, deceased, appellee, v. Fidelity Health and Accident Company of Benton Harbor, Michigan, appellant. Gen. No. 36,565.

Opinion filed June 12, 1933.

E. R. Hartigan, for appellant. Owen, O'Brien, McKeown & Allan, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Northern Trust Company, appellee, v. Mary R. Cameron et al. Board of Foreign Missions of the Presbyterian Church in the United States of America and the Chicago Home for Incurables, appellants. Gen. No. 36,639.

Opinion filed June 12, 1933.

Loesch, Scofield, Loesch & Burke and Chapman & Cutler, for appellants; David L. Dickson, Richard J. Frankenstein and Charles M. Thomson, of counsel. Whitman, Miller & Coon, for certain appellees; Russell Whitman and Claude H. Coon, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Thomas Jakubowski, plaintiff in error. Gen. No. 36,664.

Opinion filed June 12, 1933.

Joseph W. Schulman, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.